IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01992-RPM

CINDY COLE,
PATSY BAYNARD,
MARTA FARRELL,
DIANE GIACOMOZZI
KIMBERLY KULLEN, and
MICHAEL DONMOYER,

    Plaintiffs,

v.

QUANTA SERVICES, INC. and
QUANTA POWER GENERATION, INC. and its related entities, including
QUANTA POWER INC.,

    Defendants.

_____

ORDER DISMISSING THIRD, FOURTH AND FIFTH CLAIMS AND FOR STAY
_____

Pursuant to the defendants' motions to dismiss (Docs. 13 and 16) and the plaintiffs' response (Doc. 20) and the allegation of the complaint that the plaintiffs have not received their Right to Sue letters from the EEOC, it is

ORDERED that pursuant to Fed. R. Civ. P. 12(b)(6), the third, fourth and fifth claims for relief are dismissed without prejudice and it is

FURTHER ORDERED that proceedings on the first and second claims for relief are stayed until the plaintiffs supplement the complaint when Right to Sue letters are received.

DATED:   November 19th, 2015

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge