IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01992-RPM

CINDY COLE,
PATSY BAYNARD,
MARTA FARRELL,
DIANE GIACOMOZZI
KIMBERLY KULLEN, and
MICHAEL DONMOYER,

    Plaintiffs,
v.

QUANTA SERVICES, INC. and
QUANTA POWER GENERATION, INC. and its related entities, including
QUANTA POWER INC.,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to Procedural Order Number One entered by this Court on January 26, 2016, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **May 4, 2016, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on April 25, 2016.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.

No parties or representatives of parties will be permitted to attend.

DATED:   March 23, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge