# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01992-RPM

MICHAEL DONMOYER,

    Plaintiffs,

v.

QUANTA SERVICES, INC. and QUANTA POWER GENERATION INC. and its related entities, including QUANTA POWER, INC.,

    Defendants.

## NOTICE OF SETTLEMENT

    Plaintiff, Micheal DonMoyer, by and through his attorneys, Bradley A. Levin, Peter G. Friesen, and Elizabeth A. Walker of LEVIN SITCOFF PC, hereby notifies the Court that the above-captioned matter has been settled, each party to bear his or its attorney fees and costs. The parties anticipate filing a stipulation for dismissal with prejudice in the next thirty days.

    DATED this 24th day of January, 2018.

    Respectfully submitted,

**LEVIN SITCOFF PC**

*s/Peter G. Friesen*
Bradley A. Levin
Peter G. Friesen
Elizabeth A. Walker
1512 Larimer Street, Suite 650
Denver, Colorado 80202
(303) 575-9390 telephone
(303) 575-9385 facsimile
bal@levinsitcoff.com
pgf@levinsitcoff.com
eaw@levinsitcoff.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2018, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and served on the following by the method indicated which will send notification of said filing to the following email addresses:

Christine A. Samsel
Charles E. Grell
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
csamsel@bhfs.com
cgrell@bhfs.com
*Attorneys for Defendants*
*Quanta Power Generation, Inc.*
*and Quanta Power, Inc.*

Robert G. Lian, Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
blian@akingump.com
*Attorney for Quanta Services, Inc.*

Brian G. Patterson
Courtney L. Stahl
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 45th Floor
Houston, TX 77002
bpatterson@akingump.com
cstahl@akingump.com
*Attorneys for Quanta Services, Inc.*

                                                 *s/ Nicole R. Peterson*
                                                 Nicole R. Peterson